**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 04-7138**

─────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

EDDIE THOMAS JACKSON,

                              Defendant - Appellant.

─────────

Appeal from the United States District Court for the District of
South Carolina, at Florence.  C. Weston Houck, Senior District
Judge.  (CR-00-607)

─────────

Submitted:  September 9, 2004      Decided:  September 16, 2004

─────────

Before WILKINSON, MICHAEL, and GREGORY, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Eddie Thomas Jackson, Appellant Pro Se.  Alfred William Walker
Bethea, Jr., Assistant United States Attorney, Florence, South
Carolina, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Eddie Thomas Jackson appeals a district court order denying motions claiming the indictment was defective and seeking to have his conviction vacated.  On direct appeal, this Court found Jackson's guilty plea was knowing and voluntary.  See United States v. Jackson, 2002 WL 31387520 (4th Cir. Oct. 24, 2002) (No. 01-4884) (unpublished).  We find the district court properly denied Jackson's motions.  Accordingly, we affirm on the reasoning of the district court.  See United States v. Jackson, No. CR-00-607 (D.S.C. June 22, 2004).  We deny Jackson's motion to prohibit certain justices from hearing his appeal.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED